UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Alvin Davis, et al.,<br><br>                          Plaintiff,<br>     v.<br><br>ECPI College of Technology, L.C.,<br><br>                          Defendant. | C/A No. 6:05cv2034<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court on Defendant's Motion to Stay Litigation Pending Appeal, filed December 18, 2005. Counsel for Defendant and Plaintiffs presented written arguments for this Court's consideration. The Court grants Defendant's motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay Litigation Pending Appeal be GRANTED.

IT IS FURTHER ORDERED that litigation in this action be stayed, including the Conference and Scheduling Order, and the dates and deadlines set forth therein, until Defendant's appeal of this Court's preliminary injunction Order is disposed of by the Fourth Circuit Court of Appeals.

IT IS FURTHER ORDERED that both parties are charged with the responsibility of notifying the Court of the ruling of the Fourth Circuit Court of Appeals.

IT IS SO ORDERED.

1

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

December    30    , 2005.