UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Alvin Davis, Jr., Deana Cornwell, Eric Cash, Rhonda Karen Campbell, Matthew Brown, Rafael Cabral, Thomas Lee Bradley, Laura Ankerson, Calisha Alexander, Steven L. Fowler, James B. Flowers, Ohazi Farhan, Robert Dale Edwards, Darlene Bargle, Richard Dotson, Jr., Stephen DeBrunner, Robert Phillips, Kevin Quick, Ikeisha Roberts, Priscilla Samples, Jeremy Schults, Karen Sewell, Paul Springer, Daniel Britt Surles, Josh Tweed, Mary Wallace, George Anthony Williams, Katrina Williams, James Brian Wingard, James Montgomery, Kyle Norris, Megan Norris, Angela Peterson, John Higman, Jr., Paul Holland, James Hood, Christopher Bruce Houser, Kendricks Lott, Jason Mazyck, Armondo Garcia, Jason Blake Godfrey, Crystal Hicks, Tim Henegar, David Harold, Laura Merrell, Don Moncrief, James McGonnell, Nancy Cobb, and Bradley William Waters,<br><br>                Plaintiffs,<br><br>vs.<br><br>ECPI College of Technology, L. C.<br><br>                Defendant. | Civil Action No.: 6:05-CV-02034-GRA<br><br><br><br><br><br><br>**ORDER**<br>(Written Opinion) |

On September 26, 2005, the Court granted plaintiffs' motion for preliminary injunction. This order was appealed and the Court of Appeals reversed, holding that the plaintiffs must pursue their claims in arbitration.

IT IS THEREFORE ORDERED that this case be DISMISSED. Plaintiffs may proceed in arbitration.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 22, 2007